# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Moore, Michael | Case Number: 05 B 62476 |
| Moore, Esmeralda | Judge: Hollis, Pamela S |
| Printed: 03/24/09 | Filed: 10/16/05 |

## FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: March 5, 2009
Confirmed: February 6, 2006

### SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 41,316.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 37,357.04 |
| Priority: | | 0.00 |
| Administrative: | | 705.20 |
| Trustee Fee: | | 2,257.76 |
| Other Funds: | | 996.00 |
| Totals: | 41,316.00 | 41,316.00 |

### DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 705.20 | 705.20 |
| 2. | ECast Settlement Corp | Unsecured | 2,927.79 | 1,215.22 |
| 3. | Discover Financial Services | Unsecured | 9,667.52 | 4,011.79 |
| 4. | ECast Settlement Corp | Unsecured | 15,905.49 | 6,600.34 |
| 5. | First American Bank | Unsecured | 4,182.50 | 1,735.62 |
| 6. | Illinois Student Assistance Commission | Unsecured | 24,797.13 | 10,290.09 |
| 7. | ECast Settlement Corp | Unsecured | 743.93 | 308.77 |
| 8. | Resurgent Capital Services | Unsecured | 2,848.20 | 1,181.93 |
| 9. | Sallie Mae | Unsecured | 16,424.66 | 3,390.74 |
| 10. | RoundUp Funding LLC | Unsecured | 6,768.22 | 2,808.65 |
| 11. | Sallie Mae | Unsecured | 1,564.79 | 221.55 |
| 12. | Illinois Student Assistance Commission | Unsecured | 13,476.48 | 5,592.34 |
| 13. | Wachovia Bank | Secured | | No Claim Filed |
| 14. | Sallie Mae | Unsecured | | No Claim Filed |
| 15. | GEMB | Unsecured | | No Claim Filed |
| 16. | GEMB | Unsecured | | No Claim Filed |
| 17. | Citibank | Unsecured | | No Claim Filed |
| 18. | Fashion Bug | Unsecured | | No Claim Filed |
| 19. | Lane Bryant | Unsecured | | No Claim Filed |
| 20. | Sallie Mae | Unsecured | | No Claim Filed |
| 21. | Sallie Mae | Unsecured | | No Claim Filed |
| 22. | Associates | Unsecured | | No Claim Filed |
| 23. | Sallie Mae | Unsecured | | No Claim Filed |
| | | | $ 100,011.91 | $ 38,062.24 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Moore, Michael<br>Moore, Esmeralda<br>Printed: 03/24/09 | Case Number: 05 B 62476<br>Judge: Hollis, Pamela S<br>Filed: 10/16/05 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 301.17 |
| 5% | 158.31 |
| 4.8% | 331.85 |
| 5.4% | 725.76 |
| 6.5% | 436.79 |
| 6.6% | 303.88 |
| | $ 2,257.76 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

